MAY 3, 1960

**No. 64142.**—SUIT 4978.—United States *v.* Border Brokerage Co. et al.—

—C.D. 2020 reversed January 19, 1960.   C.A.D. 732.